**Order entered January 18, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00419-CR

**EDWIN NOEL HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-2115517-I**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**, and

we **ORDER** the brief filed on or before **FEBRUARY 17, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE